423 A.2d 1303

Commonwealth v. Sayko, Appellant.

Submitted March 23, 1979. Ronald F. O'Driscoll, Assistant Public Defender, for appellant; James A. Cunningham, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, SPAETH and LIPEZ, JJ.

Judgment of sentence affirmed.